IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| SHERRY LYNN JOHNSTON, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. H-16-3215 |
| | § | |
| DAVID DEXEL, *et al.*, | § | |
| | § | |
| Defendants. | § | |

### ORDER DIRECTING ENTRY OF FINAL JUDGMENT
### AS TO CERTAIN PARTIES AND CLAIMS, AND REMANDING THE
### REMAINING CLAIM AGAINST THE REMAINING DEFENDANT

Most of the claims and parties in this case have been dismissed or denied, with prejudice. All claims by the plaintiff, Sherry Lynn Johnston, against the defendants Clarinda Comstock, Judge Christine Butts, Sherrie Fox, and Harris County, Texas have been dismissed, with prejudice. Ms. Johnston also voluntarily dismissed all her claims against Howard M. Reiner, and all parties stipulated to the dismissal of the claims against Ginger Lott and GSL Care Management, LLC, all with prejudice. The court finds that all the claims against each of these defendants have been fully decided and that there is no just reason for delay in entering final judgment as to all these parties and claims. *See* FED. R. CIV. P. 54(b); *Lloyd's Syndicate 457 v. Floatec LLC*, No. H-16-3050, 2018 WL 722598, at *1 (S.D. Tex. Feb. 6, 2018) (quoting *Curtiss-Wright Corp. v. Gen. Elec. Co.*, 446 U.S. 1, 7–8 (1980)). Final judgment is entered as to all Ms. Johnston's claims against Ginger Lott, GSL Care Management, LLC, Clarinda Comstock, Howard M. Reiner, Judge Christine Butts, Sherrie Fox, and Harris County, Texas.

Only one defendant, David Dexel, remains in this case. All the federal-law claims against

him have been dismissed, with prejudice. As to these claims, the court also directs entry of final judgment, because the issues are common to the other defendants and there is no just reason for delay.

For the reasons stated in the court's Memorandum and Opinion of this date, the remaining state-law claim against David Dexel is remanded to the 253rd Judicial District Court for Liberty County, Texas.

SIGNED on March 14, 2019, at Houston, Texas.

Lee H. Rosenthal
Chief United States District Judge